1  DENNIS J. HERRERA, State Bar #139669
   City Attorney
2  WAYNE K. SNODGRASS, State Bar #148137
   Deputy City Attorney
3  City Hall, Room 234
   1 Dr. Carlton B. Goodlett Place
4  San Francisco, California 94102-4682
   Telephone:    (415) 554-4675
5  Facsimile:    (415) 554-4699
   E-Mail:       wayne.snodgrass@sfcityatty.org
6

7  Attorneys for Defendants
   EDWARD D. REISKIN in his official capacity as
8  Director of Transportation of the San Francisco
   Municipal Transportation Agency; and the SAN FRANCISCO
9  MUNICIPAL TRANSPORTATION AGENCY (sued
   incorrectly as "SAN FRANCISCO MUNICIPAL TRANSIT
10 AUTHORITY")

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| JAMES SMITH, | Case No. |
|---|---|
| Plaintiff, | **NOTICE OF REMOVAL OF ACTION UNDER 28 U.S.C. § 1441(A) (FEDERAL QUESTION) BY DEFENDANTS EDWARD D. REISKIN AND SAN FRANCISCO MUNICIPAL TRANSPORTATION AGENCY** |
| vs. | |
| EDWARD D. REISKIN in his official capacity as the Director of Transportation of the San Francisco Municipal Transit Authority; the SAN FRANCISCO MUNICIPAL TRANSIT AUTHORITY; TEGSCO LLC dba SAN FRANCISCO AUTO RETURN; DOES 1-10, inclusive, | **Attached Documents**: Exhibit A:  Superior Court Register of Actions Exhibit B:  Summons, Complaint, Initial Notices, Ex Parte TRO Papers, TRO, and Preliminary Injunction Papers |
| Defendants. | |

,

TO THE CLERK OF THE ABOVE-ENTITLED COURT:

PLEASE TAKE NOTICE that Defendants ED REISKIN, Director of Transportation for the San Francisco Municipal Transportation Agency, and SAN FRANCISCO MUNICIPAL TRANSPORTATION AGENCY, a municipal agency (collectively "SFMTA") hereby remove to this Court pursuant to 28 U.S.C. §§ 1441 and 1446 the state court action described below. SFMTA is filing in San Francisco Superior Court a Notice of Removal.

1. On or about February 13, 2018, Plaintiff JAMES SMITH filed a Verified Complaint and Petition for Writ of Mandate ("Complaint") in the Superior Court of the State of California in and for the County of San Francisco, titled *Smith v. Reiskin et al.*, Superior Court Case No. CPF-18-516045. Attached hereto as **Exhibit A** is the Superior Court Register of Action reflecting the filing of the Complaint.

2. SFMTA is informed and believes that the first date upon which any defendant named in this action received a copy of the Complaint was February 13, 2018, when Plaintiff served SFMTA with a copy of the Complaint, Summons, and required initial notices regarding ADR, case management, and jury trial information. Additionally, on or about February 12, 2018, Plaintiff had provided SFMTA with an unfiled Ex Parte Notice and Application for a Temporary Restraining Order and Order to Show Cause re: Preliminary Injunction and Memorandum of Points and Authorities ("Ex Parte TRO Papers"). Subsequently, SFMTA also received an Order to Show Cause and Temporary Restraining Order ("TRO") and Plaintiff's Memorandum in Support of Preliminary Injunction and declarations of James Smith and Victoria Larson, as well as a proposed preliminary injunction order ("Preliminary Injunction Papers"). Copies of the Summons, Complaint, and initial notices, and the Ex Parte TRO Papers, TRO, and Preliminary Injunction Papers, attached hereto as **Exhibit B**, constitute all the processes, pleadings and orders that have been received by SFMTA in this case.

3. This action is a civil action over which this Court has original jurisdiction under 28 U.S.C. § 1331, and is one which may be removed to this Court by SFMTA pursuant to the provisions of 28 U.S.C. § 1441(a), in that it asserts claims under the Fourth and Fourteenth Amendments to the U.S. Constitution (unreasonable search and seizure, due process, and equal protection) and 42 U.S.C.

§ 1983. This civil action arises in the City and County of San Francisco based on Plaintiff's allegations which demonstrate that a substantial part of the event or omissions which give rise to the claims occurred in the City and County of San Francisco.

4. SFMTA is informed and believes that Defendant TEGSCO LLC dba SAN FRANCISCO AUTORETURN, the only named defendant in the pending action other than Defendants ED REISKIN and SAN FRANCISCO MUNICIPAL TRANSPORTATION AGENCY, has been served with the Summons and Complaint in the action. SFMTA also is informed and believes that Defendant TEGSCO LLC dba SAN FRANCISCO AUTORETURN, through its counsel, consents to the removal of the pending action.

WHEREFORE, Defendants ED REISKIN and SAN FRANCISCO MUNICIPAL TRANSPORTATION AGENCY pray that the above action, now pending in Superior Court of the State of California in and for the City and County of San Francisco, be removed in its entirety to this Court for all further proceedings, pursuant to 28 U.S.C. § 1441, *et. seq.*

Dated: February 26, 2018

DENNIS J. HERRERA
City Attorney
WAYNE SNODGRASS
Deputy City Attorney

By: /s/*Wayne Snodgrass*
WAYNE SNODGRASS

Attorneys for Defendants
EDWARD D. REISKIN, in his official capacity as the Director of Transportation of the San Francisco Municipal Transportation Agency; and the SAN FRANCISCO MUNICIPAL TRANSPORTATION AGENCY (sued incorrectly as "SAN FRANCISCO MUNICIPAL TRANSIT AUTHORITY")