# EXHIBIT A
## to Notice of Removal

# THE SUPERIOR COURT OF CALIFORNIA
## COUNTY OF SAN FRANCISCO

Case Number: CPF18516045
Title: JAMES SMITH VS. EDWARD D. REISKIN ET AL
Cause of Action: WRITS OF MANDATE OR PROH., CERTI., ETC./ADMIN. AGEN
Generated: 2018-02-26 11:19 am

Register of Actions   Parties   Attorneys   Calendar   Payments   Documents

**Please Note: The "View" document links on this web page are valid until 11:29:21 am**
**After that, please refresh your web browser. (by pressing Command +R for Mac, pressing F5 for Windows or clicking the refresh button on your web browser)**

## Register of Actions

Show 10 entries                                                                 Search:

| Date | Proceedings | Document | Fee |
|---|---|---|---|
| 2018-02-14 | ADDED TO CALENDAR FOR ORDER TO SHOW CAUSE HEARING SET FOR MAR-07-2018 AT 09:30 AM IN DEPT 302 | | |
| 2018-02-14 | ORDER TO SHOW CAUSE AND TEMPORARY RESTRAINING ORDER (OSC HRG: 3/7/18; SERVE BY: 2/21/18; OPPO DUE: 2/28/18; REPLY: 3/5/18) | View | |
| 2018-02-13 | EX PARTE APPLICATION FOR ORDER FOR TEMPORARY RESTRAINING ORDER AND ORDER TO SHOW CAUSE RE: PRELIMINARY INJUNCTION, MEMORANDUM OF POINTS AND AUTHORITIES; DECLARATIONS OF VICTORIA LARSON, JAMES SMITH, AND CLAIRE JOHNSON, FILED BY PETITIONER SMITH, JAMES | View | $IFP |
| 2018-02-13 | SUMMONS ISSUED TO PETITIONER SMITH, JAMES | View | |
| 2018-02-13 | REQUEST TO WAIVE COURT FEES AND COSTS PURSUANT TO G.C. 68633, CRC 3.51, 8.26, AND 8.818 (CONFIDENTIAL) FILED BY PETITIONER SMITH, JAMES ORDER FOR WAIVER OF COURT FEES AND COSTS GRANTED PURSUANT TO G.C. 68634 (E), CRC 3.52 | | |
| 2018-02-13 | PETITION FOR WRIT OF MANDATE/ PROHIBITION/ CERTIFICATION FILED BY PETITIONER SMITH, JAMES AS TO RESPONDENT REISKIN, EDWARD D. IN HIS OFFICIAL CAPAICTY AS THE DIRETOR OF TRANSPORTATION OF THE SAN FRANCISCO MUNICIPAL TRANSIT AUTHORITY THE SAN FRANCISCO MUNICIPAL TRANSIT AUTHORITY TEGSCO LLC DBA SAN FRANCISCO AUTO RETURN DOES 1-10, INCLUSIVE JUDICIAL COUNCIL CIVIL CASE COVER SHEET FILED | View | $IFP |

Showing 1 to 6 of 6 entries                                    Previous   1   Next