| | |
|---|---|
| MANATT, PHELPS & PHILLIPS, LLP<br>BARRY W. LEE (CA 088685)<br>CHRISTOPHER A. RHEINHEIMER (CA 253890)<br>STEPHANIE A. ROESER (CA 306343)<br>E-Mail:  BWLee@manatt.com<br>E-Mail:  CRheinheimer@manatt.com<br>E-Mail:  SRoeser@manatt.com<br>One Embarcadero Center, 30th Floor<br>San Francisco, CA  94111<br>Telephone:  (415) 291-7400<br>Facsimile:  (415) 291-7474 | BAY AREA LEGAL AID<br>REBEKAH B. EVENSON (CA 207825)<br>CLAIRE JOHNSON RABA (CA 271691)<br>E-Mail: Revenson@baylegal.org<br>E-Mail: CJohnson@baylegal.org<br>1800 Market Street, 3rd Floor<br>San Francisco, CA 94102<br>Telephone:  (415) 982-1300<br>Facsimile:   (415) 982-4243 |

LAWYERS' COMMITTEE FOR CIVIL RIGHTS
ELISA DELLA-PIANA (CA 226462)
JUDE POND (CA 299229)
E-Mail: EdellaPiana@lccr.com
Email:  JPond@lccr.com
131 Steuart Street, Ste. 400
San Francisco, CA 94105
Telephone: (415) 543-9444
Fax: (415) 543-0296

*Attorneys for Plaintiffs*
JAMES SMITH and SEAN KAYODE

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| JAMES SMITH and SEAN KAYODE,<br><br>     Plaintiffs,<br><br>v.<br><br>EDWARD D. REISKIN in his official capacity as the Director of Transportation of the San Francisco Municipal Transportation Agency; the SAN FRANCISCO MUNICIPAL TRANSPORTATION AGENCY; TEGSCO LLC dba SAN FRANCISCO AUTORETURN,<br><br>     Defendants. | No. 4:18-cv-01239-JSW<br><br>**[PROPOSED] ORDER**<br><br><u>Filed Concurrently With</u>:<br>(1) Ex Parte Application;<br>(2) Declaration of Christopher A. Rheinheimer. |

1   Having considered the ex parte application and papers filed concurrently therewith of
2   Plaintiff Sean Kayode ("Mr. Kayode") regarding the hearing on his Motion for Preliminary
3   Injunction [ECF 40], the Court hereby **GRANTS** Mr. Kayode's request for *ex parte* relief as
4   follows:

5       1.   The hearing on Mr. Kayode's Motion for Preliminary Injunction [ECF 40] shall
6   proceed on   September 28        , 2018. at 9:00 a.m.

**IT IS SO ORDERED.**

Dated:   August 21, 2018                               _____
                                                       Hon. Jeffrey S. White

320708286.1

Manatt, Phelps &
Phillips, LLP
Attorneys At Law
San Francisco