1  DENNIS J. HERRERA, State Bar #139669
   City Attorney
2  WAYNE K. SNODGRASS, State Bar #148137
   Deputy City Attorney
3  City Hall, Room 234
   1 Dr. Carlton B. Goodlett Place
4  San Francisco, California 94102-4682
   Telephone:    (415) 554-4675
5  Facsimile:    (415) 554-4699
   E-Mail:       wayne.snodgrass@sfcityatty.org
6

7  Attorneys for Defendants
   EDWARD D. REISKIN in his official capacity as
8  Director of Transportation of the San Francisco
   Municipal Transportation Agency; and the SAN FRANCISCO
9  MUNICIPAL TRANSPORTATION AGENCY (sued
   incorrectly as "SAN FRANCISCO MUNICIPAL TRANSIT
10 AGENCY")

11

12                    UNITED STATES DISTRICT COURT

13                   NORTHERN DISTRICT OF CALIFORNIA

14

| JAMES SMITH; SEAN KAYODE, | Case No. 4:18-cv-01239-JSW |
|---|---|
| Plaintiffs, | **DEFENDANTS EDWARD REISKIN AND SAN FRANCISCO MUNICIPAL TRANSPORTATION AGENCY'S NOTICE OF ADDITIONAL AUTHORITY RE: HEARING ON MOTION FOR PRELIMINARY INJUNCTION** |
| vs. | |
| EDWARD D. REISKIN in his official capacity as the Director of Transportation of the San Francisco Municipal Transit Agency; the SAN FRANCISCO MUNICIPAL TRANSIT AGENCY; TEGSCO LLC dba SAN FRANCISCO AUTORETURN, | |
| Defendants. | |

1  Pursuant to this Court's "Notice of Tentative Ruling and Questions for Hearing on Motion for Preliminary Injunction" (Dkt 51), defendants San Francisco Municipal Transportation Agency and Edward Reiskin hereby give notice that at the hearing on plaintiff Sean Kayode's Motion for Preliminary Injunction, they intend to rely on the following additional authority: *Maisano v. Welcher*, 940 F.2d 499, 502-03 (9th Cir. 1991).

Defendants' counsel will make copies of this authority available at the motion hearing.

Dated:  September 27, 2018

>
> DENNIS J. HERRERA
> City Attorney
> WAYNE SNODGRASS
> Deputy City Attorney
>
>
> By: /s/*Wayne Snodgrass*
> WAYNE SNODGRASS
>
> Attorneys for Defendants
> EDWARD D. REISKIN, in his official capacity as Director of Transportation of the San Francisco Municipal Transportation Agency; and the SAN FRANCISCO MUNICIPAL TRANSPORTATION AGENCY (sued incorrectly as "SAN FRANCISCO MUNICIPAL TRANSIT AGENCY")