UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| JAMES SMITH; SEAN KAYODE,<br><br>Plaintiffs,<br><br>v.<br><br>EDWARD D. REISKIN in his official capacity as the Director of Transportation of the San Francisco Municipal Transportation Agency; the SAN FRANCISCO MUNICIPAL TRANSPORTATION AGENCY; TEGSCO LLC dba SAN FRANCISCO AUTORETURN,<br><br>Defendants. | Case No. 4:18-cv-01239-JSW<br><br>**JOINT STIPULATION OF VOLUNTARY DISMISSAL WITH PREJUDICE PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 41(a)(1)(A)(ii)** |

**TO THE COURT, ALL PARTIES AND THEIR ATTORNEYS OF RECORD:**

**IT IS HEREBY STIPULATED** by and between Plaintiffs James Smith and Sean Kayode (collectively, "Plaintiffs"), and Defendants Edward D. Reiskin, San Francisco Municipal Transportation Agency and Tegsco LLC dba San Francisco AutoReturn (collectively, "Defendants"), by and through their counsel of record, that, pursuant to Rule 41(a)(1)(A)(ii), this action is dismissed **with prejudice**.

Dated: February 19, 2020        MANATT, PHELPS & PHILLIPS, LLP

By: /s/ Stephanie A. Roeser
    Barry W. Lee
    Stephanie A. Roeser
    *Attorneys for Plaintiffs*
    James Smith and Sean Kayode

Dated: February 25, 2020        CITY ATTORNEY OF SAN FRANCISCO

By: /s/Wayne Snodgrass
    Dennis J. Herrara
    Wayne D. Snodgrass
    *Attorneys for Defendants*
    Edward D. Reiskin in his official capacity
    as the Director of Transportation of the San
    Francisco Municipal Transportation
    Agency; and the San Francisco Municipal
    Transportation Agency (sued incorrectly as
    "San Francisco Municipal Transit
    Authority")

Dated: February 25, 2020        MOSCONE EMBLIDGE & OTIS LLP

By: _____
    G. Scott Emblidge
    *Attorneys for Defendant*
    TEGSCO LLC dba San Francisco
    AutoReturn

1

JOINT STIPULATION OF VOLUNTARY DISMISSAL WITH PREJUDICE